Marga **TAYLOR**, as Personal Representative of the Estate of Earl C. Hitchcock, Plaintiff–Appellee,

v.

Ed **DEAN**, individually, and in his official capacity as Sheriff of Marion County, Florida, et al., Defendants,

Johnny **Pappas**, individually, and in his official capacity as Deputy Sheriff of Marion County, Florida, Defendant–Appellant.

No. 07–12416.

United States Court of Appeals, Eleventh Circuit.

March 17, 2008.

Ian D. Forsythe, Bruce Robert Bogan, Hilyard, Bogan & Palmer, P.A., Orlando, FL, for Defendant–Appellant.

John C. Bell, Jr., Augusta, GA, Steven A. Rothenburg, Law Office of Steven A. Rothenburg, Ocala, FL, for Plaintiff–Appellee.

Before HULL and WILSON, Circuit Judges, and EDENFIELD,* District Judge.

**PER CURIAM:**

After review and oral argument, we find no reversible error in the district court's May 17, 2007, 2007 WL 1469375, order denying summary judgment to defendant-appellant Johnny Pappas.

**AFFIRMED.**

---

\* Honorable B. Avant Edenfield, United States District Judge for the Southern District of Georgia, sitting by designation.